# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA - Yuma

**MAGISTRATE JUDGE'S MINUTES**

DATE: 7/29/2008          CASE NUMBER: 08-16005M-SD

USA vs. Alfredo Landeros-Vargas

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   #: 70BK

A.U.S. Attorney  None Present            INTERPRETER  Ricardo Gonzalez
                                         LANGUAGE  Spanish

Attorney for Defendant  Matthew Johnson (AFPD) this hearing only
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _____

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA 7/28/08
☐ Financial Afdvt taken
☐ Rule 5(c)(3)

☒ Initial Appearance
☒ Defendant Sworn
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

☒ Appointment of counsel hearing held
☐ Financial Afdvt sealed

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
Set for:
Before:
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
   ☐ Flight risk  ☐ Danger

**IDENTITY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:

☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for: 8/12/08 at 1:30 pm
Before: Magistrate Judge Lewis, El Centro, CA
☐ Probable cause found   ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: _____
☐ Held  ☐ Con't  ☐ Reset

Set for:
Before:

Other: This Court appoints an attorney from the AFPD Office in El Centro, CA. First appearance in the district of offense is set for 8/5/08 at 1:30 pm before Magistrate Judge Lewis.

Recorded by Courtsmart (4 min)
BY: Angela J. Tuohy
Deputy Clerk