1  **ANDREW LAH**
   California State Bar No. 234580
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:  (619) 687-2666
   andrew_lah@fd.org
5

6  Attorneys for Defendant Mr. Landeros-Vargas

7

8                       UNITED STATES DISTRICT COURT

9                     FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           )  Case No. 08MJ16005
   |                                     )
12 |              Plaintiff,             )
   |                                     )
13 | v.                                  )
   |                                     )  **NOTICE OF APPEARANCE**
14 | **ALFREDO LANDEROS-VARGAS,**        )
   |                                     )
15 |              Defendant.             )
   |                                     )
16

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the

19 above-captioned case.

20                                       Respectfully submitted,

21

22 Dated: August 11, 2008                *s/ ANDREW LAH*
                                         Federal Defenders of San Diego, Inc.
23                                       Attorneys for Defendant
                                         andrew_lah@fd.org
24

1  **ANDREW LAH**
   California State Bar No. 234580
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467 Ext. 3737
4  Facsimile:    (619) 687-2666
   andrew_lah@fd.org
5

6  Attorneys for Mr. Landeros-Vargas

7

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       )   Case No. 08MJ16005
                                     )
12 |            Plaintiff,            )
                                     )
13 | v.                               )   **PROOF OF SERVICE**
                                     )
14 | **ALFREDO LANDEROS-VARGAS,**     )
                                     )
15 |            Defendant.            )
                                     )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20         **Assistant United States Attorney**
           efile.dkt.gc1@usdoj.gov
21

22 Dated: August 11, 2008                         *s/ ANDREW LAH*
                                                  **ANDREW LAH**
23                                                Federal Defenders of San Diego, Inc.,
                                                  andrew_lah@fd.org
24

25

26

27

28